JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SAMUEL LOVE,                                    )    Case No. 5:18-cv-01355-RGK-KS
                                               )
                    Plaintiff(s),              )
                                               )    ORDER DISMISSING ACTION FOR
        vs.                                    )    LACK OF PROSECUTION
                                               )
BEATRIZ MORALES, et al.,                       )
                                               )
                    Defendant(s).              )
                                               )
_____       )

        Based on the notice of settlement filed by plaintiff on December 4, 2018, on December 7,
2018, the Court issued an Order for the parties to file a Joint Stipulation for Dismissal within 10
days or as soon thereafter as reasonable.  As of this date, the stipulation has not been filed.
Therefore, the matter is dismissed for lack of prosecution.

        **IT IS SO ORDERED.**

Dated:  February 15, 2019

                                               R. GARY KLAUSNER
                                               UNITED STATES DISTRICT JUDGE